AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Jeremy Brown<br>*Defendant* | )<br>)<br>)<br>) Case No. 1084 1:17CR01360-001JCH<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | US District Court;<br>333 Lomas Blvd NW<br>Albuquerque, NM 87102<br>before the Honorable Judge Fashing | Courtroom No.: | Rio Grande Courtroom; 3rd floor |
|---|---|---|---|
| | | Date and Time: | 5/21/2025 at 9:30 am |

This offense is briefly described as follows:
The defendant has failed to refrain from the use of controlled substances.

Date: 5/14/2025

*Fernando Solano*
*Issuing officer's signature*

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons         ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*