AO 83 (Rev. 06/09) Summons in a Criminal Case

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 15 2025

MITCHELL R. ELFERS
CLERK

U.S. MARSHALS SERVICE
ALBUQUERQUE NEW MEXICO

2025 MAY 14  AM 8:59

# UNITED STATES DISTRICT COURT
## District of New Mexico

UNITED STATES OF AMERICA
v.

Jeremy Brown
*Defendant*

)
)
)
)  Case No. 1084 1:17CR01360-001JCH
)
)
)
)

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: | US District Court; 333 Lomas Blvd NW Albuquerque, NM 87102 before the Honorable Judge Fashing | Courtroom No.: | Rio Grande Courtroom; 3rd floor |
|---|---|---|---|
| | | Date and Time: | 5/21/2025 at 9:30 am |

This offense is briefly described as follows:
The defendant has failed to refrain from the use of controlled substances.

Date: 5/14/2025

*Fernando Solano*
*Issuing officer's signature*

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: 05/14/25

*Server's signature*

Aaron J. Murphy / DUSM
*Printed name and title*

Case No. 1084 1:17CR01360- 001JCH

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.
*(Not for Public Disclosure)***

### INFORMATION FOR SERVICE

Name of defendant/offender:   Jeremy Brown

Last known residence:   4508 Norma Drive NE
Albuquerque, New Mexico 87109

Usual place of abode *(if different from residence address):*

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

### PROOF OF SERVICE

This summons was received by me on __5/14/25__

☐ I personally served the summons on this defendant ___ at ___ on ___ ; or

☑ On __05/14/25__, I left the summons at the individual's residence or usual place of abode with __David Moya__, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to ___, who is authorized to receive service of process on behalf of ___ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because:

I declare under penalty of perjury that this information is true.

Date returned: __05/14/25__

_____
Server's signature

Anton J. Duran / DUSM
Printed name and title

Remarks:   left with David Moya (Father in law) to Jeremy Brown.