AO 83 (Rev. 06/09) Summons in a Criminal Case

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 15 2025

U.S. MARSHALS SERVICE
ALBUQUERQUE NEW MEXICO

2025 MAY 14 AM 8:59

## UNITED STATES DISTRICT COURT
### District of New Mexico

UNITED STATES OF AMERICA
V.

MITCHELL R. ELFERS
CLERK

Case No. 1084 1:17CR01360-001JCH

Jeremy Brown
*Defendant*

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | US District Court;<br>333 Lomas Blvd NW<br>Albuquerque, NM 87102<br>before the Honorable Judge Fashing | Courtroom No.: | Rio Grande Courtroom; 3rd floor |
|---|---|---|---|
| | | Date and Time: | 5/21/2025 at 9:30 am |

This offense is briefly described as follows:
The defendant has failed to refrain from the use of controlled substances.

Date: 5/14/2025

*Fernando Solano*
*Issuing officer's signature*

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: 05/14/25

*Server's signature*

Aaron J. Murphy / DUSM
*Printed name and title*