IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   17-CR-1360 JCH |
| | ) | |
| **JEREMY BROWN,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America respectfully submits this pleading to notify the Court and counsel that Assistant United States Attorney Eva M. Fontanez has replaced Assistant United States Attorney Peter J. Eicker as counsel of record for the United States in these matters.

The United States requests that all future notices, pleadings, and correspondence in these matters be delivered to the attention of Assistant United States Attorney Eva M. Fontanez.

Respectfully submitted,

RYAN ELLISON
United States Attorney

***Electronically filed on May 20, 2025***
Eva M. Fontanez
Assistant United States Attorney
201 3rd Street NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274

I HEREBY CERTIFY that on May 20, 2025,
I filed the foregoing electronically through the
CM/ECF system, which caused counsel for the
Defendant to be served by electronic means, as more
fully reflected on the Notice of Electronic Filing.

_____/s/_____
Eva M. Fontanez
Assistant United States Attorney