# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing, United States Magistrate Judge

### Initial Appearance (Revocation)

| | | | |
|---|---|---|---|
| Case Number: | CR 17-1360 JCH | UNITED STATES vs. BROWN | |
| Hearing Date: | Wednesday, May 21, 2025 | Time In and Out: | 10:01-10:08 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Jeremy Brown | Defendant's Counsel: | Melissa Morris (for the limited purposes of today's proceeding) |
| AUSA: | Nicholas Marshall | Pretrial/Probation: | Kris Avrit |
| Interpreter: | | Witness: | |

### Initial Appearance

- [x] Defendant received a copy of charging document
- [x] Court advises defendant(s) of possible penalties and all constitutional rights
- [x] Defendant would like Court appointed counsel
- [ ] Government moves to detain    [x] Government does not recommend detention
- [ ] Set for _____ on _____ @ _____

### Preliminary/Show Cause/Identity

- [ ] Defendant
- [ ]
- [ ] Court finds    [ ] Court does not find probable cause

### Detention

- [ ] Defendant waives right to contest detention
- [ ]

### Custody Status

- [ ] Defendant
- [x] Conditions of release previously imposed remain in effect

### Other

- [ ] Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- [ ] Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- [x] Matter referred to District Judge for Final Revocation Hearing
- [ ]