# UNITED STATES DISTRICT COURT DISTRICT OF NEW MEXICO
# VIOLATION OF SUPERVISION PROCEEDINGS MINUTE SHEET

|  |  | Time In/Out: | 10:00am – 10:15am | Court Time: | 15 minutes |  |
|--|--|--|--|--|--|--|
|  |  |  | Date: | 8/19/2025 |  |  |
|  | Cr. No. | 17-1360 JCH | USA v. | Jeremy Brown |  |  |
|  | The Honorable Senior Judge | | **Judith C. Herrera** | | | |

| Clerk/Law Clerk: | **Richard Garcia** | Court Reporter: | **Cheryl Cummings** |
|--|--|--|--|
| Defendant: | **Present** | Defendant's Counsel: | **Melissa Morris** |
| AUSA: | **Eva Fontanez** | Probation Officer: | **Krys Avrit** |
| VSR Held: | **Albuquerque, NM** | Interpreter: | **N/A** |

## ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

| | |
|--|--|
| X | Court questions Defendant regarding voluntary nature of admission. |
| X | Court finds Defendant competent to proceed. |
| X | Court advises Defendant of his/her rights. |
| X | Court advises / confirms Defendant is aware of charges and possible penalty: |
|   | Defendant admits violation(s): failed to refrain from unlawful use of a controlled substance. |
|   | Proceed to sentencing. |
|   | Violation Report WAIVED / NOT WAIVED |
| X | Other:  The Court having considered the violation chooses not to revoke the term of supervision previously imposed, and all previously ordered conditions of supervision shall remain in effect and unchanged. The Court will hold the petition in abeyance for a period of 3 months. |

## SENTENCE IMPOSED

| Supervision imposed: | | Imprisonment: | | Supervised Release: | |
|--|--|--|--|--|--|

## SPECIAL CONDITIONS

|  |  |
|--|--|
|  |  |

## OTHER

|  |  |
|--|--|
|  | **ADVISED OF** Appeal Rights |
|  | **HELD IN CUSTODY** |
|  | Recommended place of incarceration: |
| NOTES: | PO Avrit addresses the Court re Defendant participation while on supervision; recommends a 3-month abeyance period under all previously imposed conditions of supervision.<br>Ms. Morris addresses the Court; concurs with the PO's recommendation.<br>Ms. Fontanez addresses the Court; concurs with PO's recommendation.<br>The Court addresses the Defendant; very pleased with Defendant's progress and concurs with PO's recommendation. |