IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                      CR 17-1360 WJ

JEREMY BROWN,

        Defendant.

## ORDER HOLDING PETITION IN ABEYANCE

**THIS MATTER** is before the Court upon the violation of supervised release hearing held August 19, 2025. The Court having considered all relevant information in this matter, chooses not to revoke Defendant's term of supervision and will hold the petition in abeyance for a period of three (3) months from the date of filing of this order. The Defendant shall comply with all previously imposed mandatory, standard, and special conditions of supervision.

    **IT IS SO ORDERED.**

_____
JUDITH C. HERRERA
SENIOR UNITED STATES DISTRICT JUDGE